UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD H WENDLING,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,

    Defendants.

Case No. 16-cv-07221-SI  (SI)

**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: August 4, 2017 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: October 6, 2017.

DESIGNATION OF EXPERTS: 10/23/17; REBUTTAL: 11/13/17;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: December 8, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; January 5, 2018;
    Opp. Due: January 19, 2018; Reply Due: January 26, 2018;
    and set for hearing no later than February 9, 2018 at 9:00 AM.

PRETRIAL CONFERENCE DATE: March 6, 2018 at 3:30 PM.

COURT TRIAL DATE: March 19, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The Court extended the mediation deadline to July 14, 2017.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated:  3/27/17

_____
SUSAN ILLSTON
United States District Judge

2