UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD H WENDLING,

    Plaintiffs,

  v.

UNITED STATES OF AMERICA,

    Defendants.

Case No. 16-cv-07221-SI  (SI)

THIRD
**PRETRIAL PREPARATION ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

PRETRIAL CONFERENCE DATE: September 12, 2018 at 3:30 PM.

COURT TRIAL DATE: September 26, 2018 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 4 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

 n/a

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

    **IT IS SO ORDERED**.

Dated:  6/12/18

_____
SUSAN ILLSTON
United States District Judge